

# Fourth Court of Appeals
## San Antonio, Texas

February 18, 2020

No. 04-19-00503-CV[1]

**IN RE** Leticia Murillo **ESCAMILLA**

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 16-03-00030-CVL
Honorable John D. Gabriel, Jr., Judge Presiding

## STATUS HEARING ORDER

On January 15, 2020, this court held Ms. Leticia Murillo Escamilla in contempt of court for failing to comply with this court's December 6, 2019 order by failing to file the complete reporter's record in appeal number 04-19-00503-CV, styled *Chesapeake Exploration, L.L.C., et al. v. 7K Investments, Ltd., et al.*, by December 24, 2019. This court's contempt judgment ordered Ms. Escamilla confined to the County Jail of Bexar County, Texas for a period of thirty (30) days from the date of the judgment; however, the sentence imposed by the contempt judgment was suspended pending and conditioned upon Ms. Escamilla's compliance with the judgment as follows:

Leticia Murillo Escamilla shall complete the reporter's records in the following matters in the following order:

1.  appeal number 04-19-00578-CR, styled *Escalante-Avalos v. State*;

2.  appeal number 04-19-00543-CV, styled *Prado v Lonestar Resources, Inc., et al.* (corrected reporter's record);

3.  appeal number 04-19-00503-CV, styled *Chesapeake Exploration, L.L.C., et al. v. 7K Investments, Ltd., et al.*; and

4.  appeal number 04-18-00411-CV, styled *Repsol Oil & Gas USA, LLC, et al. v. Matrix Petroleum, LLC* (reporter's record from hearing on motion to set aside).

Leticia Murillo Escamilla shall file the reporter's record in appeal number 04-19-00578-CR, the corrected reporter's record in appeal number 04-19-00543-CV, her

---

[1] Ancillary No. 04-19-00503-CV, *Chesapeake Exploration, L.L.C., Chesapeake Operating, L.L.C., Jamestown Resources, L.L.C., and OOGC American LLC v. 7K Investments, Ltd., et al.*

portions of the reporter's record in appeal number 04-19-00503-CV, and the reporter's record from the hearing on the motion to set aside in appeal number 04-18-00411-CV no later than February 14, 2020.

Leticia Murillo Escamilla shall be fined in the amount of $500.00, payable to the Clerk of the Court of Appeals, Fourth Court of Appeals District of Texas, not later than February 5, 2020 at 5:00 p.m.; and

Leticia Murillo Escamilla shall pay all costs of this proceeding, including the cost of the court reporter, to the Clerk of the Court of Appeals, Fourth Court of Appeals District of Texas no later February 5, 2020 at 5:00 p.m.

The contempt judgment further provided:

If Ms. Escamilla fails to file the reporter's record in appeal number 04-19-00578-CR, the corrected reporter's record in appeal number 04-19-00543-CV, her portions of the reporter's record in appeal number 04-19-00503-CV, and the reporter's record from the hearing on the motion to set aside in appeal number 04-18-00411-CV by February 14, 2020, she shall appear in person before this court on February 18, 2020 at 9:00 a.m. before a panel consisting of Chief Justice Marion, Justice Martinez, and Justice Alvarez for a status hearing to determine whether she will be ordered immediately confined to the County Jail of Bexar County, Texas to complete her sentence. Ms. Escamilla is hereby advised that she has the right to be represented by counsel at the status hearing and the proceedings will be recorded by a certified court reporter.

On February 18, 2020, Ms. Escamilla personally appeared before the court for the status hearing noticed by the contempt judgment. Ms. Escamilla was advised of her right to counsel by the court, and Ms. Escamilla knowingly and voluntarily waived her right to counsel. The court took judicial notice of the following:

Ms. Escamilla filed the corrected reporter's record in appeal number 04-19-00543-CV, styled *Prado v Lonestar Resources, Inc., et al.*, on January 16, 2020.

Ms. Escamilla filed the reporter's record in appeal number 04-19-00578-CR, styled *Escalante-Avalos v. State*, on January 21, 2020.

Ms. Escamilla filed Volume 6 and Volume 5 of the reporter's record in appeal number 04-19-00503-CV, styled *Chesapeake Exploration, L.L.C., et al. v. 7K Investments, Ltd., et al.*, on January 31, 2020, and February 12, 2020, respectively.

Ms. Escamilla paid the $500.00 fine and costs of the contempt proceeding on February 4, 2020.

Ms. Escamilla has not filed Volumes 1, 2, 3, and 8 of the reporter's record in appeal number 04-19-00503-CV, styled *Chesapeake Exploration, L.L.C., et al. v. 7K Investments, Ltd., et al.*

Ms. Escamilla has not filed the reporter's record from the hearing on the motion to set aside in appeal number 04-18-00411-CV, styled *Repsol Oil & Gas USA, LLC, et al. v. Matrix Petroleum, LLC.*

The court then gave Ms. Escamilla an opportunity to explain the reasons she failed to comply with all of the conditions imposed by the court in suspending the sentence imposed by the contempt judgment. During her testimony, Ms. Escamilla admitted she failed to comply with all of the conditions because she did not file the complete reporter's records in appeal number 04-19-00503-CV, styled *Chesapeake Exploration, L.L.C., et al. v. 7K Investments, Ltd., et al.*, and appeal number 04-18-00411-CV, styled *Repsol Oil & Gas USA, LLC, et al. v. Matrix Petroleum, LLC*. Ms. Escamilla also acknowledged she received this court's February 5, 2020 order in appeal number 04-19-00543-CV, styled *Prado v Lonestar Resources, Inc., et al.*, ordering her to file corrected reporter's records and an additional reporter's record.

After deliberating, the court finds from the evidence that Ms. Escamilla failed to comply with all of the conditions imposed by the court in suspending the sentence imposed by the contempt judgment. It is therefore ORDERED, ADJUDGED, AND DECREED by the Court of Appeals, Fourth Court of Appeals District of Texas, that:

> The sentence imposed on Ms. Leticia Murillo Escamilla in this court's contempt judgment dated January 15, 2020, shall continue to be suspended pending and conditioned upon Ms. Escamilla's compliance with this order as follows:
>
> Leticia Murillo Escamilla shall complete the reporter's records in the following matters in the following order:
>
> > 1. appeal number 04-19-00503-CV, styled *Chesapeake Exploration, L.L.C., et al. v. 7K Investments, Ltd., et al.*;
> >
> > 2. appeal number 04-18-00411-CV, styled *Repsol Oil & Gas USA, LLC, et al. v. Matrix Petroleum, LLC* (reporter's record from hearing on motion to set aside); and
> >
> > 3. appeal number 04-19-00543-CV, styled *Prado v Lonestar Resources, Inc., et al.* in accordance with this court's February 5, 2020 order.[2]
>
> by working on the records at a location designated by the Clerk of the Fourth Court of Appeals. Ms. Escamilla shall report to the Office of the Clerk of the Fourth Court of Appeals, 300 Dolorosa, San Antonio, Texas 78205, beginning January 16, 2020, not later than 8:00 a.m., with all the materials and equipment necessary to complete the records. Ms. Escamilla shall work exclusively on her portions of the reporter's record in appeal number 04-19-00503-CV, the reporter's record from the hearing on the motion to set aside in appeal number 04-18-00411-CV, and the reporter's records referenced in this court's February 5, 2020 order in appeal number 04-19-00543-CV in the order previously listed, for a minimum of eight (8) hours per day from 8:00 a.m. to 12:00 noon, a one-hour lunch break, and from 1:00 p.m. to 5:00 p.m. every Monday through Friday until the records are completed. During these hours, Ms. Escamilla shall not work on any other matters or conduct any personal business. If, prior to filing her portions of the reporter's record in appeal number 04-19-00503-CV, the reporter's record from the hearing

---

[2] Although the filing of the reporter's record referenced in this court's February 5, 2020 order in appeal number 04-19-00543-CV was not a condition for the suspension of the sentence in this court's January 15, 2020 contempt judgment, Ms. Escamilla agreed to the inclusion of its completion as a condition for the continued suspension of her sentence.

on the motion to set aside in appeal number 04-18-00411-CV, and the reporter's records referenced in this court's February 5, 2020 order in appeal number 04-19-00543-CV, Ms. Escamilla fails to report to the Clerk's Office without providing an excuse acceptable to this court, she will be ordered immediately confined to the County Jail of Bexar County, Texas to complete her sentence.

Leticia Murillo Escamilla shall file her portions of the reporter's record in appeal number 04-19-00503-CV, the reporter's record from the hearing on the motion to set aside in appeal number 04-18-00411-CV, and the reporter's records referenced in this court's February 5, 2020 order in appeal number 04-19-00543-CV no later than March 9, 2020 at 12:00 p.m. If Ms. Escamilla fails to file her portions of the reporter's record in appeal number 04-19-00503-CV, the reporter's record from the hearing on the motion to set aside in appeal number 04-18-00411-CV, and the reporter's records referenced in this court's February 5, 2020 order in appeal number 04-19-00543-CV by March 9, 2020 at 12:00 p.m., she shall appear in person before this court on March 9, 2020 at 4:00 p.m. before a panel consisting of Chief Justice Marion, Justice Martinez, and Justice Alvarez for a status hearing to determine whether she will be ordered immediately confined to the County Jail of Bexar County, Texas to complete her sentence. Ms. Escamilla is hereby advised that she has the right to be represented by counsel at the status hearing and the proceedings will be recorded by a certified court reporter.

IT IS FURTHER ORDERED that Ms. Escamilla file a work log detailing her daily work on the reporter's records as well as the daily work completed by any scopist, court reporter, or other person assisting Ms. Escamilla with the reporter's records every day until the complete reporter's records are filed.

IT IS FURTHER ORDERED that Ms. Escamilla file the volumes of the reporter's records as they are completed.

IT IS FURTHER ORDERED that all writs and other process necessary for the enforcement of this judgment be issued.

SIGNED February 18, 2020.


_____
Sandee Bryan Marion, Chief Justice


_____
Rebeca C. Martinez, Justice


_____
Patricia Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of February, 2020.



MICHAEL A. CRUZ,
Clerk of Court